# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CV 6536                           Purchased/Filed: July 23, 2008

STATE OF NEW YORK          UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

Jerry Morales

                                                                                    Plaintiff

against

N.Y.C. Motorcycles, Inc., et al

                                                                                    Defendant

STATE OF NEW YORK        SS.:
COUNTY OF ALBANY

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on ____August 4, 2008____ , at ___2:00pm___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Civil Cover Sheet and Complaint                                    on

_____N.Y.C. Motorcycles, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Chad Matice_____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___28___  Approx. Wt: ___200___  Approx. Ht: ___6'0"___

Color of skin: ___White___  Hair color: ___Brown___  Sex: ___M___  Other: _____

Sworn to before me on this

___8th___ day of ___August, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01Tl4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica  Miller

Invoice·Work Order # SP0807471

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179