# AFFIDAVIT OF SERVICE

**United States District Court**     **Southern District Of New York**

Case Number: 08 CV 6536

Plaintiff:
**Jerry Morales**

vs.

Defendant:
**NYC Motorcycles Inc., Harley Davidson, Inc., Michael Jacobi, and Steven Jacobi**

Received these papers to be served on **Steven Jacobi, 686 Lexington Avenue, #1, New York, NY 10022.**

I, Jason Martinez, being duly sworn, depose and say that on the **11th** day of August, 2008 at 4:00 pm, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Complaint** with **N Lalia** for **Steven Jacobi** at **686 Lexington Avenue, #1, New York, NY 10022**. Deponent completed service by mailing a true copy of the **Summons and Complaint** in a postpaid envelope addressed to: **Steven Jacobi** at **686 Lexington Avenue, #1, New York, NY 10022** and bearing the words "Personal & Confidential" by First Class Mail on **8/12/2008** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** BASED UPON INQUIRY OF PARTY SERVED, DEFENDANT IS NOT IN THE MILITARY SERVICE OF THE UNITED STATES OF AMERICA NOR IN THE MILITARY OF ANY OTHER STATE OR COUNTRY.

**Description of Person Served:** Age: 30, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 120, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server in good standing.

_Jason Martinez_
Process Server

Subscribed and Sworn to before me on the 13th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

KEVIN JAY KOHN    Our Job Serial Number: 2008000228
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02KO6181645
COMM. EXP. FEB. 4, 20__

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2u