# AFFIDAVIT OF SERVICE

United States District Court      Southern District Of New York

Case Number: 08 CV 6536

Plaintiff:
**Jerry Morales**

vs.

Defendant:
**NYC Motorcycles Inc., Harley Davidson, Inc., Michael Jacobi, and Steven Jacobi**

Received these papers to be served on **Harley-Davidson, Inc., 686 Lexington Avenue, #1, New York, NY 10022**.

I, Jason Martinez, being duly sworn, depose and say that on the **11th day of August, 2008 at 4:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **N. Lalia** as **Secretary for Harley-Davidison, Inc.**, at the address of: **686 Lexington Avenue, #1, New York, NY 10022**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 30, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 120, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server in good standing.

Subscribed and Sworn to before me on the 13th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

KEVIN JAY KOHN
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02KO6181645
COMM. EXP. FEB. 20

Jason Martinez
Process Server

Our Job Serial Number: 2008000241

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u