# AFFIDAVIT OF SERVICE

**United States District Court**    **Southern District Of New York**

Case Number: 08 CV 6536

Plaintiff:
**Jerry Morales**

vs.

Defendant:
**NYC Motorcycles Inc., Harley Davidson, Inc., Michael Jacobi, and Steven Jacobi**

Received these papers to be served on Michael Jacobi, 686 Lexington Avenue, #1, New York, NY 10022.

I, Jason Martinez, being duly sworn, depose and say that on the 11th day of August, 2008 at 4:00 pm, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Complaint** with **N. Laila** for **Michael Jacobi** at **686 Lexington Avenue, #1, New York, NY 10022**, the said premises being the servee's place of **Work** within the State of New York.  Deponent completed service by mailing a true copy of the **Summons and Complaint** in a postpaid envelope addressed to: **Michael Jacobi** at **686 Lexington Avenue, #1, New York, NY 10022** and bearing the words "Personal & Confidential" by First Class Mail on **8/12/2008** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** BASED UPON INQUIRY OF PARTY SERVED, DEFENDANT IS NOT IN THE MILITARY SERVICE OF THE UNITED STATES OF AMERICA NOR IN THE MILITARY OF ANY OTHER STATE OR COUNTRY.

**Description of Person Served:**  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'2",  Weight: 120,  Hair: Blonde,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server in good standing.

_____
Jason Martinez
Process Server

Subscribed and Sworn to before me on the 13th day of August, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KEVIN JAY KOHN
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02KO6181645
COMM. EXP. FEB. 4, 20 12

Our Job Serial Number: 2008000227

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u