UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY MORALES,

                         Plaintiff,

-v-

N.Y.C. MOTORCYCLES, INC., *et al.*,

                        Defendants.

No. 08 Civ. 6536 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a jointly submitted letter from the Parties, dated May 7, 2009, requesting, without explanation, that the Court extend discovery in this case by 45 days. The Court DENIES this request without prejudice to renew. Any renewal of the Parties' request should be accompanied by an explanation as to the necessity of altering the Case Management Plan and Scheduling Order previously agreed to by the Parties and signed by this Court on October 30, 2008.

SO ORDERED.

Dated:    May 11, 2009
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE