UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09
```

JERRY MORALES,

                Plaintiff,

-v-

N.Y.C. MOTORCYCLES, INC., *et al.*,

                Defendants.

No. 08 Civ. 6536 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In light of the fact that his matter has settled, the Clerk of the Court is instructed to mark this case as closed.

SO ORDERED.

Dated:    October 30, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE